AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EP-24-CV-00217-LS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Prestige Warranty Company, LLC

was received by me on *(date)*        06/24/2024          .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  "John Doe" refuse name _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*  Prestige Warranty Company

HISPANIC male 5, 8/200  40 old,  on *(date)*  06/28/2024  ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify)*:


My fees are $    100.00    for travel and $ _____ for services, for a total of $    100.00    .

I declare under penalty of perjury that this information is true.

Date:    07/01/2024

_____  #2018172275  L.A.
Server's signature

Aleksander Bible
Printed name and title

2217 Selby Ave, Los Angeles, CA 90064

_____
Server's address

Additional information regarding attempted service, etc:

Successful Attempt: June 28, 2024 at 23580 Alessandro, Moreno Valley, CA 91730. Received by John Doe. Gender: Male; Ethnicity: Hispanic; Weight: 200; Hight: 5'8"