UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| YAZMIN GONZALEZ,<br><br>    Plaintiff,<br><br>v.<br><br>PRESTIGE WARRANTY COMPANY, LLC<br>a California Limited Liability Corporation<br><br>    Defendants. | §§§§§§§§§§§§§<br><br>EP-24-CV-00217-LS |

### ENTRY OF DEFAULT

It appears that the Original Complaint was filed in this case on June 24, 2024; that the summons and complaint were duly served upon the Defendant PRESTIGE WARRANTY COMPANY, LLC on June 28, 2024, and more than 21 days have passed, and no answer or other pleading have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against Defendant Prestige Warranty Company, LLC as provided in Rule 55(a), Federal Rules of Civil Procedure.

By _[signature] Michael E. Trujillo_
Clerk  Deputy