UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | No. 3:24-cv-00217-LS |
| v. | § | |
| | § | |
| **PRESTIGE WARRANTY COMPANY,** | § | |
| **LLC a California Limited Liability** | § | |
| **Corporation,** | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

The Court ordered Plaintiff Yazmin Gonzalez to show cause why this case should not be dismissed for failure to prosecute and to explain how service on Defendant Prestige Warranty Company, LLC ("Prestige") was "effective" under applicable rules.[1] Ms. Gonzalez has responded.[2] She informed the Court that she intends to file an amended complaint and will serve Prestige—and any new defendants—with such complaint.[3]

Plaintiff shall file any amended complaint by **November 25, 2024**. She must file proof of service or waiver of the same as to Prestige by **December 16, 2024**. Plaintiff must also file proof of service or waiver of the same as to any new defendants named in the amended complaint by **February 12, 2025**. Failure to meet these deadlines may result in dismissal of this lawsuit for want of prosecution.

**SO ORDERED.**

---

[1] *See* Order Show Cause and Order Briefing Service, ECF No. 8.
[2] *See* Pl.'s Resp. Court's Order Show Cause, ECF No. 9.
[3] *Id.* at 1.

**SIGNED** and **ENTERED** on November 14, 2024.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**