## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| **YAZMIN GONZALEZ,** §<br>§<br>§<br>**Plaintiff,** §<br>§<br>**v.** §<br>§<br>**PRESTIGE WARRANTY COMPANY, LLC** §<br>a California Limited Liability Corporation §<br>§<br>§<br>**Defendants.** §<br>§ | **EP-24-CV-00217-LS** |

## <u>NOTICE OF VOLUTARY DISMISSAL OF CLAIMS</u>

  Plaintiff Yazmin Gonzalez files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ

P. 41(a)(1)(A)(i). Plaintiff's claims against Prestige Warranty Company LLC, are dismissed

**without** prejudice.

December 4, 2024,        Respectfully Submitted,

                   Yazmin Gonzalez
                   14205 Charles Pollock Ave
                   El Paso, TX 79938
                   (915) 820-1859
                   Gonzalez18yazmin@gmail.com

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| **YAZMIN GONZALEZ,** | §<br>§<br>§ |
| **Plaintiff,** | §<br>§ |
| **v.** | §<br>§ |
| **PRESTIGE WARRANTY COMPANY, LLC**<br>a California Limited Liability Corporation | **EP-24-CV-00217-LS**<br>§<br>§<br>§ |
| **Defendants.** | §<br>§ |

## **PROPOSED ORDER**

Upon consideration of Plaintiff's Motion to Dismiss Defendant Prestige Warranty Company LLC, it is this,

_____ day of _____, 2023,

**ORDERED** that Plaintiff's Motion to Dismiss **without** prejudice Defendant Prestige Warranty Company LLC, be and is hereby

**GRANTED**:

**SO ORDERED**

_____
United States District Judge